IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>LOBIONDO BROTHERS MOTOR EXPRESS, INC.,<br><br>    Defendant. | HONORABLE JEROME B. SIMANDLE<br><br>CIVIL NO. 12-3177 (JBS/KMW)<br><br>**DEFAULT JUDGMENT** |

This matter having been opened to the Court by Plaintiffs, by and through their attorneys Markowitz and Richman, for an Order granting a Default Judgment against Defendant pursuant to Fed. R. Civ. P. 55(b)(2), and the Court having read and reviewed the moving papers submitted and no opposition having been received,[1] and good cause having been shown:

    IT IS this   **25th**   day of **September, 2012** hereby

    **ORDERED** that Plaintiff's Motion for Default Judgment is granted as follows:

>   Judgment is entered against the Defendant in favor of the Plaintiffs in the total amount of $3,354,288.78, which includes: $2,767,626.76 in assessed withdrawal liability; $29,982.62 in interest; $553,525.35 in liquidated damages; $2,640.00 in attorney's fees; and $514.05 in litigation costs.

                                        **s/ Jerome B. Simandle**
                                        JEROME B. SIMANDLE
                                        U.S. District Judge

---

    [1]Defendant did not answer the Complaint, even though Defendant's attorneys submitted an Application for Extension of Time To Answer [Docket Item 5], which the Clerk's office granted, extending the due date to July 30, 2012. The Clerk entered the Defendant's default on August 6, 2012, and this Motion for Default Judgment followed and is also unopposed.